■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT STEVEN MOSHER, Appellant.— Appeal by defendant, as stated in his notice of appeal, from "a resentence * * * and from an Order remanding said defendant to Green Haven Correctional Facility", rendered May 8, 1974 by the County Court, Westchester County. Appeal dismissed. The appeal is actually from a decision directing that defendant be remanded to serve the balance of a sentence imposed on July 9, 1964. No order was entered upon the decision, and a decision is not appealable. Moreover, even if an order had been entered, it would not be appealable. Martuscello, Acting P. J., Latham, Cohalan and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN R. PIACENTINE, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Nassau County, imposed December 14, 1973, upon his conviction of criminal possession of a dangerous drug in the sixth degree, upon a guilty plea. The sentence was a jail term of six months. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to a one-year period of probation. As so modified, sentence affirmed and case remitted to the County Court to fix the conditions of probation. The sentence was excessive to the extent indicated herein. Cohalan, Acting P. J., Brennan, Benjamin, Munder and Shapiro, JJ., concur.